Bronx Chiropractic Care, P.C., as Assignee of Esteban Almanzar and Uriel Albino, Appellant,
against
State Farm Insurance, Respondent.




Zara Javakov, P.C. (Zara Javakov of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Devin P. Cohen, J.), entered December 16, 2016. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear for duly scheduled examinations under oath (EUOs). By order entered December 16, 2016, the Civil Court granted defendant's motion. Plaintiff's sole argument on appeal is that defendant's motion should have been denied because plaintiff objected to defendant's EUO demands and defendant failed to establish that the demands were reasonable.
For the reasons stated in Bronx Chiropractic Care, P.C., as Assignee of Adris Maria et al. v State Farm Ins. (__ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-525 K C], decided herewith), the order is affirmed.
PESCE, P.J., WESTON and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 22, 2019